United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMMY B.,

             Plaintiff,

     v.

ANDREW SAUL,

             Defendant.

Case No. 18-cv-07701-SI

**JUDGMENT**

The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this action to the Commissioner for immediate payment of benefits. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 20, 2020

SUSAN ILLSTON
United States District Judge